IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                CRIMINAL NO. 3:16cr21 TSL-FKB

KENNETH BOWMAN, JR.                                18 U.S.C. § 153
                                                                   18 U.S.C. § 152(7)
                                                                   18 U.S.C. § 152(5)

**The Grand Jury Charges:**

### COUNT 1

On or about March 5, 2013, until July 24, 2013, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **KENNETH BOWMAN, JR.**, as an officer and representative of Piggly Wiggly of Crystal Springs, Inc., a debtor in possession in a bankruptcy case filed in the United States Bankruptcy Court for the Southern District of Mississippi, on the 12th day of June, 2012, bankruptcy case no. 09-02747-NPO, knowingly and fraudulently appropriated to his own use, embezzled, spent, and transferred property, specifically, to wit: checks payable to himself or others totaling approximately $101,733.55, belonging to the bankruptcy estate of Piggly Wiggly of Crystal Springs, Inc., which property came into his charge as representative of the debtor to the bankruptcy estate.

In violation of Section 153, Title 18, United States Code.

### COUNT 2

On or about March 5, 2013, until July 24, 2013, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **KENNETH BOWMAN, JR.**, as an officer and representative of Piggly Wiggly of Crystal Springs, Inc., a debtor in possession in

a bankruptcy case filed in the United States Bankruptcy Court for the Southern District of Mississippi, on the 12th day of June, 2012, bankruptcy case no. 09-02747-NPO, knowingly and fraudulently, and with intent to defeat the provisions of Title 11, willfully transferred property, specifically, to wit: checks payable to himself or others totaling approximately $101,733.55, belonging to the bankruptcy estate of Piggly Wiggly of Crystal Springs, Inc., thereby causing a loss of assets to the debtor.

In violation of Section 152(7), Title 18, United States Code.

## COUNT 3

On or about March 5, 2013, until July 24, 2013, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **KENNETH BOWMAN, JR.**, as officer and representative Piggly Wiggly of Crystal Springs, Inc., a debtor in possession in a bankruptcy case filed in the United States Bankruptcy Court for the Southern District of Mississippi, on the 12th day of June, 2012, bankruptcy case no. 09-02747-NPO, knowingly and fraudulently received from Piggly Wiggly of Crystal Springs, Inc., the debtor, checks payable to himself or others totaling approximately $101,733.55, belonging to the bankruptcy estate of Piggly Wiggly of Crystal Springs, Inc., with the intent to defeat the provisions of Title 11.

In violation of Section 152(5), Title 18, United States Code.

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due

diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Sections 981(a)(1)(C) & (G), Title 18, United States Code, and Section 2461, Title 28, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 22nd day of MARCH, 2016.

UNITED STATES MAGISTRATE JUDGE